IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL M. OCHOA,

        Petitioner,                  No. CIV S-10-0987 EFB P

    vs.

MICHAEL MARTEL,

        Respondent.            ORDER

_____/

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

        Petitioner challenges a conviction in the Merced County Superior Court and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

        2. The Clerk of Court shall assign a new case number.

////

////

////

1  3. All future filings shall bear the new case number and shall be filed at:

2       United States District Court
      Eastern District of California
3       2500 Tulare Street
      Fresno, CA 93721

4

5  DATED: May 3, 2010.

6                  EDMUND F. BRENNAN
7                  UNITED STATES MAGISTRATE JUDGE